NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**DEOSEN BIOCHEMICAL LTD., DEOSEN BIOCHEMICAL (ORDOS) LTD., DEOSEN USA INC., A.H.A. INTERNATIONAL CO., LTD.,**
*Plaintiffs-Appellants*

**v.**

**UNITED STATES, CP KELCO US, INC.,**
*Defendants-Appellees*

---

2018-2015, 2018-2018

---

Appeals from the United States Court of International Trade in Nos. 1:17-cv-00044-RWG, 1:17-cv-00045-RWG, Senior Judge Richard W. Goldberg.

---

## JUDGMENT

---

AARON MARTIN PANNER, Kellogg, Huber, Hansen, Todd, Evans & Figel, PLLC, Washington, DC, argued for plaintiffs-appellants. Also represented by MICHAEL K. KELLOGG; KENNETH WEIGEL, YU LI, Alston & Bird LLP, Washington, DC.

CLAUDIA BURKE, Commercial Litigation Branch, Civil Division, United States Department of Justice,

Washington, DC, argued for defendant-appellee United States. Also represented by KELLY A. KRYSTYNIAK, JOSEPH H. HUNT, JEANNE DAVIDSON, PATRICIA M. MCCARTHY; BRANDON JERROLD CUSTARD, United States Department of Commerce, Washington, DC.

NANCY NOONAN, Arent Fox, LLP, Washington, DC, for defendant-appellee CP Kelco US, Inc. Also represented by CLAUDIA DENISE HARTLEBEN, MATTHEW L. KANNA.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, *Chief Judge,* SCHALL and MOORE, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

May 23, 2019
Date

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court